# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL KIVES, BRYAN BAUM, K5 GLOBAL HOLDINGS LLC, K5 GLOBAL TECHNOLOGY LLC, MBK CAPITAL LP SERIES T, K5 GROWTH CO-INVEST I GP LLC, K5 GLOBAL GROWTH FUND I GP LLC, K5 GLOBAL VENTURES LLC, MOUNT OLYMPUS CAPITAL LP, MOUNT OLYMPUS CAPITAL LLC, K5 GLOBAL GROWTH FUND II LP, K5 GLOBAL GROWTH FUND II GP LLC, K5X FUND I LP, K5X FUND I LLC, and SGN ALBANY LLC,<br><br>      Defendants. | Adv. Pro. No. 23-50411 (JTD)<br><br>**JURY TRIAL DEMANDED** |

**K5 DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

1

The K5 Defendants[1] in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through their undersigned counsel, respectfully submit this motion for entry of an order, substantially in the form attached hereto as **Exhibit A**, withdrawing the reference of the Adversary Proceeding pending in the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

In support of their motion, the K5 Defendants have contemporaneously filed herewith the *Memorandum of Law in Support of the K5 Defendants' Motion to Withdraw the Reference*.

For the avoidance of doubt, pursuant to Local Rule 7012-1, the K5 Defendants do not consent to the entry of final judgment by the Bankruptcy Court.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), the K5 Defendants hereby file their demand that this action be tried by a jury composed of the maximum number allowed by law, on *each and every issue and claim so triable*.

---

[1] For definitional purposes here only, the venture capital firm as a whole is referred to herein as "K5 Global." K5 Global in fact consists of a number of entities that do not bear actual corporate relationships, although they are all supervised directly or indirectly by Defendants Kives and Baum, along with an appropriate management team. In this filing, Defendants Michael Kives, Bryan Baum, K5 Global Holdings, LLC, K5 Global Technology, LLC, MBK Capital, LP – Series T, K5 Global Growth Co-Invest I GP, LLC, K5 Global Growth Fund I GP, LLC, K5 Global Ventures, LLC, Mount Olympus Capital, LP, Mount Olympus Capital, LLC, K5 Global Growth Fund II, LP, K5 Global Growth Fund II GP, LLC, K5X Fund I, LP, and K5X Fund I, LLC are collectively referred to as the "K5 Defendants."

Dated: August 17, 2023
Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)
Kevin R. Shannon (No. 3137)
Andrew L. Brown (No. 6766)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Telephone: (302) 984-6108
Facsimile: (302) 658-1192
E-mail: jryan@potteranderson.com
   kshannon@potteranderson.com
   abrown@potteranderson.com

-and-

**LATHAM & WATKINS LLP**
James E. Brandt (admitted *pro hac vice*)
Suzzanne Uhland (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: james.brandt@lw.com
   suzzanne.uhland@lw.com
   hugh.murtagh@lw.com

Michael J. Reiss (admitted *pro hac vice*)
355 S. Grand Avenue Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: michael.reiss@lw.com

Michael E. Bern (admitted *pro hac vice*)
555 11th St. NW
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: michael.bern@lw.com

*Attorneys for K5 Defendants Michael Kives, Bryan Baum, K5 Global Holdings, LLC, K5 Global Technology, LLC, MBK Capital LP - Series T, K5 Global Growth Co-Invest I GP, LLC, K5 Global Growth Fund I GP, LLC, K5 Global Ventures, LLC, Mount Olympus Capital, LP, Mount Olympus Capital, LLC, K5 Global Growth Fund II, LP, K5 Global Growth Fund II GP, LLC, K5X Fund I, LP, and K5X Fund I, LLC*

## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on August 17, 2023, a copy of the foregoing *K5 Defendants' Motion to Withdraw the Reference* was served on the following parties in the manner indicated:

| | |
|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*<br><br>***By Electronic Mail*** | Steven L. Holley, Esq.<br>Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Christopher J. Dunne, Esq.<br>Jacob M. Croke, Esq.<br>Hilary M. Williams, Esq.<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>E-mail: holleys@sullcrom.com<br>         dietdericha@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         dunnec@sullcrom.com<br>         crokej@sullcrom.com<br>         williamsh@sullcrom.com<br><br>*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*<br><br>***By Electronic Mail*** |

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)