## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE
## TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Case Number: 23-50411          ☐ BK  ☒ AP

If AP, Related BK Case Number: 22-11068

Name of Debtor: FTX Trading LTD., et al.

Is this Withdrawal of Reference for the whole case?  ☒ Yes  ☐ No

Cause of Transmittal: Recovery of money/property

Items being Transmitted:

| | Docket Number | Date Filed |
|---|---|---|
| ☒ Withdrawal of Reference | 17 | 8/17/2023 |
| ☐ Motion being Withdrawn | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

**Petitioner(s)**

See notes

**Petitioner's Counsel**

Jeremy W. Ryan (No. 4057)
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108

**Respondent(s)**

Alameda Research Ltd, and Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC

**Respondent's Counsel**

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

**Notes**

Michael Kives, Bryan Baum, K5 Global Holdings, LLC, K5 Global Technology, LLC, MBK Capital LP - Series T, K5 Global Growth Co-Invest I GP, LLC, K5 Global Growth Fund I GP, LLC, K5 Global Ventures, LLC, Mount Olympus Capital, LP, Mount Olympus Capital, LLC, K5 Global Growth Fund II, LP, K5 Global Growth Fund II GP, LLC, K5X Fund I, LP, and K5X Fund I, LLC