IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>        Debtors.<br><br>――――――――――――――――――<br><br>ALAMEDA RESEARCH LTD. and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC,<br><br>        Plaintiffs.<br><br>        v.<br><br>MICHAEL KIVES, BRYAN BAUM, K5 GLOBAL HOLDINGS LLC, K5 GLOBAL TECHNOLOGY LLC, MBK CAPITAL LP SERIES T, K5 GROWTH CO-INVEST I GP LLC, K5 GLOBAL GROWTH FUND I GP LLC, K5 GLOBAL VENTURES LLC, MOUNT OLYMPUS CAPITAL LP, MOUNT OLYMPUS CAPITAL LLC, K5 GLOBAL GROWTH FUND II LP, K5 GLOBAL GROWTH FUND II GP LLC, K5X FUND I LP, K5X FUND I LLC, and SGN ALBANY LLC,<br><br>        Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 23- 50411 (JTD)<br><br>Civil Action No. 23-cv-915-GBW |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
FOR K5 DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

    IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiffs Alameda Research Ltd. and Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0072128.}

(together, "Plaintiffs") and defendants Michael Kives, Bryan Baum, K5 Global Holdings, LLC, K5 Global Technology, LLC, MBK Capital LP - Series T, K5 Global Growth Co-Invest I GP, LLC, K5 Global Growth Fund I GP, LLC, K5 Global Ventures, LLC, Mount Olympus Capital, LP, Mount Olympus Capital, LLC, K5 Global Growth Fund II, LP, K5 Global Growth Fund II GP, LLC, K5X Fund I, LP, and K5X Fund I, LLC (collectively, the "K5 Defendants"), subject to the approval of the Court, that Plaintiffs' deadline to respond to the K5 Defendants' Motion to Withdraw the Reference (D.I. 1) (the "Motion") shall be September 22, 2023.  The K5 Defendants' deadline to file a reply in support of the Motion shall be October 13, 2023.

Dated: August 24, 2023

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **POTTER ANDERSON & CORROON LLP** |
| /s/ Matthew B. McGuire | /s/ Jeremy W. Ryan |
| Adam G. Landis (No. 3407) | Jeremy W. Ryan (No. 4057) |
| Matthew B. McGuire (No. 4366) | Kevin R. Shannon (No. 3137) |
| Kimberly A. Brown (No. 5138) | 1313 N. Market Street, 6th Floor |
| Matthew R. Pierce (No. 5946) | Wilmington, DE 19801-6108 |
| 919 Market Street, Suite 1800 | Telephone: (302) 984-6108 |
| Wilmington, Delaware 19801 | Facsimile: (302) 658-1192 |
| Telephone: (302) 467-4400 | E-mail: jryan@potteranderson.com |
| Facsimile: (302) 467-4450 | kshannon@potteranderson.com |
| E-mail: landis@lrclaw.com | |
| mcguire@lrclaw.com | -and- |
| brown@lrclaw.com | |
| pierce@lrclaw.com | **LATHAM & WATKINS LLP** |

-and-

**SULLIVAN & CROMWELL LLP**

Steven L. Holley (admitted *pro hac vice*)
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
Hilary M. Williams (*pro hac vice* application pending)
    125 Broad Street
    New York, NY 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588
    E-mail: holleys@sullcrom.com
        dietdericha@sullcrom.com
        gluecksteinb@sullcrom.com
        dunnec@sullcrom.com
        crokej@sullcrom.com
        williamsh@sullcrom.com

*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*
Alameda Research Ltd. and Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC

---

**LATHAM & WATKINS LLP**
James E. Brandt (*pro hac vice* application forthcoming)
Suzzanne Uhland (*pro hac vice* application forthcoming)
Hugh Murtagh (*pro hac vice* application forthcoming)
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    Email: james.brandt@lw.com
        suzzanne.uhland@lw.com
        hugh.murtagh@lw.com
Michael J. Reiss (*pro hac vice* application forthcoming)
    355 S. Grand Avenue Ste. 100
    Los Angeles, CA 90071
    Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
    Email: michael.reiss@lw.com

*Attorneys for K5 Defendants*
Michael Kives, Bryan Baum, K5 Global Holdings, LLC, K5 Global Technology, LLC, MBK Capital LP - Series T, K5 Global Growth Co-Invest I GP, LLC, K5 Global Growth Fund I GP, LLC, K5 Global Ventures, LLC, Mount Olympus Capital, LP, Mount Olympus Capital, LLC, K5 Global Growth Fund II, LP, K5 Global Growth Fund II GP, LLC, K5X Fund I, LP, and K5X Fund I, LLC

IT IS SO ORDERED this _____ day of _____, 2023.

                                                                 The Honorable Gregory B. Williams